# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPHER KNIGHT,

      Plaintiff,

      v.                              Case No.:  6:26-cv-00474-JSS-LHP

JPMORGAN CHASE BANK, N.A.,

      Defendant,

---

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Electronically Via CM/ECF and for Issuance of CM/ECF Login Credentials.  Doc. No. 9.  On review, the motion fails to comply with Local Rule 3.01(g) as it does not specify the manner of conferral and states Defendant's counsel "does not oppose/opposes/has not responded to" the motion, without clarification. *Id.*, at 3.  Accordingly, the motion (Doc. No. 9) is **DENIED without prejudice**.  Any renewed motion must comply in full with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on March 23, 2026.

*Leslie Hoffman Price*
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties