# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPHER KNIGHT,

      Plaintiff,

      v.                               Case No.:  6:26-cv-00474-JSS-LHP

JPMORGAN CHASE BANK, N.A.,

      Defendant,

## ORDER

## (AND DIRECTION TO THE CLERK)

Before the Court is *pro se* Plaintiff's Unopposed Motion for Leave to File Electronically Via CM/ECF and for Issuance of CM/ECF Login Credentials. Doc. No. 15.  On review, the motion is **DENIED without prejudice**.  "While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief."  *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted).  Here, Plaintiff makes no such showing, merely referencing his *pro se* status, delays submitting and receiving filings through the mail, and the purported complexity of the case. Doc. No. 15. *See also Clifft v. Sch. Dist. of Lee Cnty.*, No. 2:25-cv-345-JES-DNF, 2025 WL 3012038, at *2

(M.D. Fla. Oct. 28, 2025), *reconsideration denied*, 2025 WL 3080533 (M.D. Fla. Nov. 4, 2025) (affirming denial of CM/ECF access to *pro se* litigants, finding that unpredictable delays and mail delivery risks, complexity of the case, and inability to obtain legal counsel did not rise to the level necessary to justify CM/ECF access).

That said, "the Court in its discretion may grant *a pro se* party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here. *See id.*; *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Therefore, the Clerk of Court is **DIRECTED** to add Plaintiff's email address to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings, as follows:

Christopher Knight
ChrisKnightLegal@outlook.com

The Clerk of Court is also **DIRECTED** to ensure that Plaintiff receives a Notice of Electronic Filing for this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties